IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

VICTORIA M. DE LA CRUZ         Case No. 10-53375
JULIO DE LA CRUZ
      Debtor.

NOTICE OF MOTION

TO TRUSTEE:
NORMAN B. NEWMAN 191 N. WACKER DR. STE. 1800 CHICAGO IL 60601

TO DEBTOR:
VICTORIA M. DE LA CRUZ JULIO DE LA CRUZ 1129 N. HARVEY AVENUE OAK PARK IL 60302

TO DEBTOR'S ATTORNEY:
RICHARD G. FONFRIAS 70 W. MADISON STE. 1400 CHICAGO IL 60602

On JANUARY 6, 2011 at 10:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before His Honor, Judge JACK B. SCHMETTERER in the Courtroom usually occupied by him in the DIRKSEN BUILDING, 219 SOUTH DEARBORN, COURTROOM 682, CHICAGO, Illinois or before such other Judge as may be presiding in his place and stead, and I shall present the attached Motion for Relief from Automatic Stay.

                                              /S/ Stanley Papuga
                                                Stanley Papuga

STATE OF ILLINOIS)
                    ) SS.
COUNTY OF C O O K)

This Notice and attached document(s) is an attempt to collect a debt and any information obtained will be used for that purpose.

## CERTIFICATE OF SERVICE

The undersigned certifies that this electronic document was served either electronically through the court's electronic mailing system pursuant to the notice generated by the court on 12-28-2010 to the following parties:

TO TRUSTEE:
NORMAN B.NEWMAN 191 N.WACKER DR. STE.1800 CHICAGO IL 60601

TO DEBTOR'S ATTORNEY:
RICHARD G.FONFRIAS 70 W.MADISON STE.1400 CHICAGO IL 60602


The motion was further served by depositing a printed copy into the United States mail at the mail chute located at 120 SOUTH LA SALLE STREET, CHICAGO, ILLINOIS 60603, at 5:00 p.m. on 12-28-2010 with postage prepaid at the address listed on the creditor matrix, upon the following parties, Debtor or others not served:


TO DEBTOR:
VICTORIA M.DE LA CRUZ JULIO DE LA CRUZ 1129 N.HARVEY AVENUE OAK PARK IL 60302


                                           __/s/ Stanley Papuga__
                                           Stanley Papuga
                                           Kropik, Papuga and Shaw
                                           120 S. LaSalle, Ste. 1500
                                           Chicago, IL 60603

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

VICTORIA M. DE LA CRUZ                           Case No. 10-53375
JULIO DE LA CRUZ
          Debtor

MOTION TO MODIFY AUTOMATIC STAY

Now comes LITTON LOAN SERVICING, LP. AS SERVICER FOR US BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT, DATED AS OF JUNE 1, 2004, AMONG CITIGROUP MORTGAGE LOAN TRUST INC, NATIONAL CITY MORTGAGE CO AND US BANK NATIONAL ASSOCIATION by its Attorneys, KROPIK, PAPUGA & SHAW, and respectfully represents to the Court as follows:

1. Among the assets of the Debtor is certain improved real estate commonly known at **1129 N. HARVEY AVENUE, OAK PARK, 60302;**

2. The property is subject to a mortgage lien in favor of LITTON LOAN SERVICING, LP. AS SERVICER FOR US BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT, DATED AS OF JUNE 1, 2004, AMONG CITIGROUP MORTGAGE LOAN TRUST INC, NATIONAL CITY MORTGAGE CO AND US BANK NATIONAL ASSOCIATION, in excess of $347,415.84 as of DECEMBER 28, 2010.

3. The debtor is due for the DECEMBER 1, 2008 payment and has a default in excess of $49,880.54 including fees and costs as of DECEMBER 28, 2010.

4. A breakdown of said default is as follows:

12/1/08 through 12/1/10 payments of $1,883.20 each
Late charges of $1,318.24
Inspection fees of $58.50
Attorney fees of $510.00
Title cost of $500.00

Foreclosure Attorney fees of $990.00
Foreclosure costs of $622.00
BPO fee of $185.00
Current Bankruptcy and filing fees of $500.00

5. Per the debtor's statment of intention, said property is to be retained and the debt reaffirmed.

6. That LITTON LOAN SERVICING, LP. AS SERVICER FOR US BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT, DATED AS OF JUNE 1, 2004, AMONG CITIGROUP MORTGAGE LOAN TRUST INC, NATIONAL CITY MORTGAGE CO, AND US BANK NATIONAL ASSOCIATION is being deprived of the use of monies which it is entitled to receive pursuant to the mortgage contract and therefore its security interest is being continually diminished;

7. That there is a material default, and the interest of LITTON LOAN SERVICING, LP. AS SERVICER FOR US BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT, DATED AS OF JUNE 1, 2004, AMONG CITIGROUP MORTGAGE LOAN TRUST INC, NATIONAL CITY MORTGAGE CO, AND US BANK NATIONAL ASSOCIATION is not adequately protected;

8. Movant request waiver of Rule 4001(a)(3);

WHEREFORE, LITTON LOAN SERVICING, LP. AS SERVICER FOR US BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT, DATED AS OF JUNE 1, 2004, AMONG CITIGROUP MORTGAGE LOAN TRUST INC, NATIONAL CITY MORTGAGE CO, AND US BANK NATIONAL ASSOCIATION by this Petition, seeks an Order Modifying the Automatic Stay as to It and for such other and further relief as the Court deems just.

By: ___/S/ Stanley Papuga____
    Stanley Papuga
    One Of Its Attorneys

KROPIK, PAPUGA & SHAW
Attorneys for
LITTON LOAN SERVICING, LP.
120 South LaSalle Street
Chicago, Illinois 60603
Telephone: 312/236-6405