**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS FOR RELIEF FROM STAY**

Debtor(s) VICTORIA & JULIO DE LA CRUZ Case No.10-53375_Chapter 7

Moving Creditor:LITTON LOAN SERV.   Date Case Filed:11-30-2010

Nature of Relief Sought: XX Lift Stay __ Annul Stay __ Other

Chapter 13:
  Confirmation Hearing _____ or Plan Confirmed:

Chapter 7:____ No-Asset Report Filed on
           _xx_ No-Asset Report NOT Filed, Date of Creditors
              Meeting __1-31-2011__
  1. Collateral
     A. Home___xx_____
     B. Car _____ Year and Model:_____
     C. Other____real estate_____

  2. Balance Owed as of Petition Date $297,535.30
     Total of all other Liens against Collateral $

  3. Estimated Value of Collateral: $337,000.00

  4. Default
     A. Pre-Petition Default _____
        No. of months ____ Amount __$__

     B. Post-Petition Defaults
        1. On Direct Payments to the Moving Creditor
           NO.of months__24__ Amount $49,880.54

        2. On Payments to the Standing Chapter 13 Trustee
           NO. of months_____ Amount $
  5. Other Allegations
     A. Lack of Adequate Protection 362(d)(1)
        1. No Insurance_____
        2. Taxes Unpaid     Amount $_____
        3. Rapidly Depreciating asset_____
        4. Other (description)_____
     B. No Equity and not Necessary for an Effective
        Reorganization 362(d)(2) __xxx__

     C. Other Cause 362(d)(1)
        1. Bad Faith_____
        2. Multiple Filings _____
        3. Other_ Material Default_____
     D. Debtor's Statement of Intention regarding Collateral
        1. Reaffirm _XX__    2. Redeem _____
        3. Surrender ___     4. No Statement of intent___
Date ___12-28-2010____      /S/ Stanley Papuga