UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-53375 |
| Victoria De La Cruz | ) | |
| Julio De La Cruz | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Jack B. Schmetterer |
| | ) | |
| Debtor(s) | ) | |

Order Modifying Automatic Stay

This cause coming on to be heard upon the Motion of LITTON LOAN SERVICING, LP. AS SERVICER FOR US BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT, DATED AS OF JUNE 1, 2004, AMONG CITIGROUP MORTGAGE LOAN TRUST INC, NATIONAL CITY MORTGAGE CO, AND US BANK NATIONAL ASSOCIATION to Modify the Automatic Stay, and the Court being advised in the premises;

IT IS HEREBY ORDERED that the Automatic Stay entered in this cause is modified as to permit LITTON LOAN SERVICING, LP. AS SERVICER FOR US BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT, DATED AS OF JUNE 1, 2004, AMONG CITIGROUP MORTGAGE LOAN TRUST INC, NATIONAL CITY MORTGAGE CO, AND US BANK NATIONAL ASSOCIATION AND/OR its servicers, successors and or assigns to commence or continue with mortgage foreclosure proceedings and/or state court proceedings as against the debtor with respect to the property commonly known 1129 N. HARVEY AVENUE, OAK PARK, ILLINOIS 60302;

IT IS FURTHER ORDERED that the provisions of Rule 4001 are waived.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: - 7 FEB 2011

**Prepared by counsel of Movant:**

KROPIK, PAPUGA & SHAW 120
SOUTH LASALLE STREET
CHICAGO, ILLINOIS 60603
Telephone: 312-236-6405

Rev: 20101008_bko